UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
FF SUPPLY, LLC d/b/a ZENITH INSURED CREDIT,

           Plaintiff,

v.

BF INTERNATIONAL CO., LTD.,

           Defendant.
-----------------------------------------------------------------------X

Case No.: 1:19-cv-03557

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2021

PLEASE TAKE NOTICE that upon the annexed Declaration of Jared H. Louzon, Esq., dated May 6, 2021, and upon all pleadings and prior proceedings heretofore had herein, counsel will move this Court before the Honorable Debra C. Freeman, United States Magistrate Judge for the Southern District of New York, at the Courthouse, located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, or as soon thereafter as counsel can be heard, for the following relief:

1. An Order entering default judgment against Defendant BF International Co., Ltd. ("Defendant"), pursuant to FRCP 55; and

2. Such other and further relief as to the Court deems just and proper.

THE ATTACHED LEGAL PAPERS ARE BEING SERVED ON YOU BECAUSE YOU HAVE FAILED TO APPEAR IN A LAWSUIT BROUGHT AGAINST YOU. IF YOU DO NOT ENTER AN APPEARANCE IN THE LAWSUIT ON OR BEFORE OCTOBER 4, 2021, THE COURT WILL ENTER A DEFAULT JUDGMENT AGAINST YOU. IF YOU ARE A CORPORATION, YOU CAN ONLY APPEAR THROUGH AN ATTORNEY. IF YOU ARE AN INDIVIDUAL, YOU MAY APPEAR BY AN ATTORNEY OR PRO SE. IN EITHER EVENT, YOU MUST TAKE SOME ACTION OR A JUDGMENT WILL BE ENTERED AGAINST YOU. ENTRY OF A JUDGMENT MAY RESULT IN A LEVY AGAINST YOUR PROPERTY.

Dated: May 6, 2021
       New York, New York

**LAZARUS & LAZARUS, P.C.**
*Attorneys for Plaintiff,*
*FF SUPPLY, LLC d/b/a*
*ZENITH INSURED CREDIT*

By: /s/ Jared H. Louzon
    Harlan M. Lazarus, Esq.
    Jared H. Louzon, Esq.
    240 Madison Avenue, 8th Floor
    New York, New York 10016
    (212) 889-7400

To: BF International Co., Ltd.
    Rm 101, 1FL, 37
    Sinchon-ro, Sujeong-gu
    Soongam-si, Gyeonggi-do
    S. Korea
    kimth0901@hanmail.net
    jspark1225@naver.com
    jko@gawpoe.com

*[Handwritten:]* 10/13/2021

The motion for a default judgment is GRANTED. Plaintiff to supply the court with an order.

*[Signature]*