UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FF Supply, LLC,

                                        Plaintiff,

     -against-

BF International Co., Ltd.,

                                        Defendants.

No. 19 Civ. 3557 (CM)

**ORDER**

McMahon, J.:

This court requested a status letter report of the above-captioned case on February 4, 2022. No letter having been sent in response to the court's order at docket #45 and docket #47 on January 17, 2023, this case is hereby DISMISSED for failure to prosecute.

Dated: January 23, 2023

                                                                          U.S.D.J

BY ECF TO ALL COUNSEL